## POLEDOR CORPORATION *v.* HAPP.

[No. 13,251.   Filed January 25, 1929.]

*Graham & Crane*, for appellant.
*Parker, Crabill, Crumpacker & May*, for appellee.

LOCKYEAR, J.—This was an action brought by the appellee against the appellant to recover commissions alleged to be due for securing the lease and tenant for certain rooms in a building owned by the appellant in South Bend, Indiana.

The complaint is based upon an oral contract and the errors relied upon for reversal are that the decision of the court is not sustained by sufficient evidence and the decision of the court is contrary to law.

There is ample evidence to support the finding of the court on the questions of fact.   See *Lahr* v. *Broyles* (1927), 86 Ind. App. 33, 155 N. E. 709.

Judgment affirmed.

## McNAIR ET AL. *v.* ST. LOUIS JOINT STOCK LAND BANK OF ST. LOUIS.

[No. 13,210.   Filed January 25, 1929.]

*Charles Remster, H. H. Hornbrook, Albert P. Smith, Paul Y. Davis, Kurt F. Pantzer* and *Ernest R. Baltzell*, for appellants.
*Baker & Daniels* and *William W. Seagle*, for appellee.

PER CURIAM.—Judgment affirmed.